# (April 22, 1982)

■ GRAYCO BUILDERS INC. et al., Respondents, v RICHARD SHERRILL et al., Appellants. — Order, Supreme Court, New York County (Price, J.), entered December 24, 1981, granting, on consent, defendants' motion to dismiss the complaint, unanimously reversed, to the extent appealed from, on the law, without costs or disbursements, and the words "without prejudice" stricken from the decretal paragraph. Eighteen months had elapsed from the service of a notice of appearance and demand for a copy of the complaint. Plaintiff offered no opposition to defendants' motion to dismiss for failure to serve a complaint (CPLR 3012, subd [b]). In fact, a representative consented to the dismissal. Thus, no justification existed upon which to condition the dismissal of the action "without prejudice". In striking "without prejudice" from the order of dismissal we do not pass upon the effect of such dismissal. Concur — Murphy, P. J., Sullivan, Ross, Silverman and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAM GONZALEZ, Appellant. — Judgment, Supreme Court, New York County (Leff, J.), rendered on August 24, 1979, unanimously modified, on the law, to remand that portion of the verdict of the jury finding defendant-appellant guilty of sodomy, first degree, to the Supreme Court, New York County, for sentence on that count, and otherwise affirmed. (See *People v Santana,* 82 AD2d 784, affd 55 NY2d 673.) No opinion. Concur — Murphy, P. J., Kupferman, Ross, Markewich and Asch, JJ.

■ In the Matter of WENDY V. LEHMAN, as Executrix of MANUELA H. McLEAN, Deceased, Appellant, v IRVING TRUST COMPANY, as Trustee, Respondent. — Upon remand from the Court of Appeals, order of this court, entered on February 5, 1982, unanimously reversed, on the law, and the facts, to declare trustee is not entitled to judgment. Wendy Vanderbilt Lehman shall recover of trustee $75 costs and disbursements of this proceeding. No opinion. Concur — Kupferman, J. P., Birns, Fein, Sandler and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO ABREU, Appellant. — Judgment, Supreme Court, Bronx County (Hecht, J.), rendered on December 29, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Lupiano, Bloom, Fein and Milonas, JJ.

■ In the Matter of JAMES FLETCHER, Petitioner, v JUSTICES OF NEW YORK SUPREME COURT OF NEW YORK COUNTY et al., Respondents. — Application for a writ of prohibition denied, and the petition dismissed for the reasons stated by Lang, J., without costs and without disbursements. Concur — Sandler, J. P., Sullivan, Markewich, Fein and Milonas, JJ.